**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 6, 2006

## NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   King v. UNUM Life Insurance Company of America

Case Number:   2:06-cv-00495-DRB

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 2   filed on   June 6, 2006.**