IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 JUN -1  A 10:07
DEBRA P. HACKETT, CL.
U.S. DISTRICT COURT

| | |
|---|---|
| MARY FAYE KING, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.: 2:06CV495-D R B |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | ) |
| Defendant. | ) |

## NOTICE TO PLAINTIFF OF REMOVAL

TO:   Jeffrey C. Kirby, Esq.
David J. Hodge, Esq.
PITTMAN, HOOKS, DUTTON, KIRBY & HELLUMS, P.C.
2001 Park Place North
1100 Park Place Tower
Birmingham, Alabama 35203

Please take notice that Defendant Unum Life Insurance Company of America ("Unum"), by and through its undersigned counsel of record, has this date filed the attached Notice of Removal in the United States District Court for the Middle District of Alabama, Northern Division, to remove the above-styled action from the Circuit Court of Chilton County, Alabama, to the United States District Court for the Middle District of Alabama, Northern Division. You are also advised that a true and correct copy of the Notice of Removal is being filed with Clerk of the Circuit Court of Chilton County, Alabama, which will effectuate this removal.

The notices to the respective courts are attached hereto.

DONE this 31 day of May, 2006.

DOCSBHM\1406906\1\

/s/ Stephen R. Geisler
Kaye K. Houser
James S. Williams
Stephen R. Geisler
Attorneys for the Defendant
Unum Life Insurance Company of America

**OF COUNSEL:**
**SIROTE & PERMUTT, P.C.**
2311 Highland Avenue South
P. O. Box 55727
Birmingham, AL 35255-5727
Telephone: 205-930-5100
Facsimile: 205-930-5335


## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served upon the following counsel of record for all parties to this proceeding by mailing a copy of same by United States mail, first-class postage prepaid, on this 31 day of May 2006, to:

Jeffrey C. Kirby, Esq.
David J. Hodge, Esq.
PITTMAN, HOOKS, DUTTON, KIRBY & HELLUMS, P.C.
2001 Park Place North
1100 Park Place Tower
Birmingham, Alabama 35203

/s/ Stephen R. Geisler
Of Counsel