# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 21, 2006

NOTICE OF REASSIGNMENT

To:  All Counsel of Record

Re:  King v. UNUM Life Insurance Company of America
     Civil Action No. 2:06-cv-00495-DRB

The above-styled case has been reassigned to Judge Mark E. Fuller.

Please note that the case number is now **2:06-cv-00495-MEF**.

This new case number should be used on all future correspondence and pleadings in this action.