IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARY FAYE KING, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) Case No.: 2:06-cv-495-MEF |
| | ) |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | ) |
| | ) |
| DEFENDANT(s). | ) |

**NOTICE OF APPEARANCE**

Comes now William T. Johnson, III, of the law firm PITTMAN, HOOKS, DUTTON, KIRBY & HELLUMS, P.C. located at 2001 Park Place North, 1100 Park Place Tower, Birmingham, Alabama 35203, and files this entry of appearance as additional attorney of record on behalf of the plaintiff, Mary Faye King.

Respectfully submitted,
**s/ William T. Johnson, III**
Of Counsel for Plaintiff
Bar Number: ASB-2310-M69J
Pittman, Dutton, Kirby & Hellums, P.C.
2001 Park Place North
1100 Park Place Tower
Birmingham, Alabama 35203
(205) 322-8880
(205) 328-2711 facsimile
Email: PHDKH-efiling@pittmanhooks.com

CERTIFICATE OF SERVICE

I hereby certify that on 28h day of June, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Stephen Robert Geisler, sgeisler@sirote.com, jparker@sirote.com, Kaye K. Houser, khouser@sirote.com, ccoker@sirote.com, James Savin Williams, jwilliams@sirote.com, vgurley@sirote.com.

**s/ William T. Johnson, III**
Bar Number: ASB-2310-M69J
Pittman, Dutton, Kirby & Hellums, P.C.
2001 Park Place North
1100 Park Place Tower
Birmingham, Alabama 35203
(205) 322-8880
(205) 328-2711 facsimile
Email: PHDKH-efiling@pittmanhooks.com