IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARY FAYE KING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 2:06-CV-495-MEF |
| ) | |
| UNUM LIFE INSURANCE COMPANY ) | |
| OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**REPORT OF PARTIES' PLANNING MEETING**

Pursuant to Fed. R. Civ. P. 26(f), a meeting was held in Birmingham, Alabama, on July 11, 2006, and was attended by:

William T. Johnson, III on behalf of the Plaintiff, Mary Faye King
Stephen R. Geisler on behalf of the Defendant, Unum Life Insurance Company of America ("Unum")

1.  **Pre-Discovery Disclosures.** The parties will exchange by August 4, 2006, the information required by Local Rule 26.1(a)(1).

2.  **Discovery Plan.** The parties jointly propose to the Court the following discovery plan:

    a.  Discovery will be needed on the issue of Plaintiff's alleged claim for benefits under a Unum insurance policy. Plaintiff contends that discovery may be needed on other issues as well.

    b.  All discovery will be commenced in time to be completed by January 27, 2007.

    c.  Maximum of thirty (30) Interrogatories by each party to any other party. [Responses due thirty (30) days after service.]

    d.  Maximum of thirty (30) Requests for Production by each party to any other party [Responses due thirty (30) days after service.]

    e.  Maximum of thirty (30) Requests for Admission by each party to any other party. [Responses due thirty (30) days after service.]

   **f.**  Maximum of six (6) depositions by Plaintiff and six (6) by Defendant.

   **g.**  Reports from retained experts under Rule 26(a)(2) due:

     By Plaintiff: November 15, 2006
     By Defendant: December 30, 2006

   **h.**  Supplementation under Rule 26(e) due within thirty (30) days of each party's receipt of additional information.

 **3.**  **Other Items:**

   **a.**  The parties do not request a conference with the Court before entry of the Scheduling Order.

   **b.**  Plaintiff should be allowed until September 01, 2006, to join additional parties and to amend the pleadings.

   **c.**  Defendant should be allowed until September 30, 2006, to join additional parties and to amend the pleadings.

   **d.**  All potentially dispositive motions should be filed by February 3, 2007.

   **e.**  Settlement cannot be realistically evaluated prior to completion of some discovery.

   **f.**  The parties request a final pretrial conference on or after May 4, 2007.

   **g.**  Final lists of trial evidence under Rule 26(a)(3) should be due:

     from Plaintiff: thirty (30) days prior to trial.
     from Defendant: thirty (30) days prior to trial.

   **h.**  Parties should have ten (10) days after service of final lists of trial evidence to list objections under Rule 26(a)(3).

 **4.**  **Trial.** The case should be ready for trial by June 4, 2007, and at this time is expected to take approximately two (2) to four (4) days.

Done this 11th day of June, 2006.

            Respectfully submitted,

            */s/ Stephen R. Geisler*
            James S. Williams
            Stephen R. Geisler
            Attorneys for the Defendant, Unum Life Insurance Company of America

**OF COUNSEL:**
Sirote & Permutt, P.C.
2311 Highland Avenue South
P. O. Box 55727
Birmingham, AL 35255-5727
Phone: (205) 930-5100
FAX: (205) 930-5335

                                          _/s/ William Johnson III_
                                      Jeffrey C. Kirby
                                      David J. Hodge
                                      William T. Johnson, III
                                      Attorney for the Plaintiff, Mary Faye King

**OF COUNSEL:**
Pittman, Dutton, Kirby & Hellums, P.C.
2001 Park Place North
1100 Park Place Tower
Birmingham, AL 35203
Phone: (205) 322-8880
FAX: (205) 328-2711