IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARY FAYE KING, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CASE NO.: 2:06-cv-495-MEF |
| | ) |
| UNUM LIFE INSURANCE COMPANY | ) |
| OF AMERICA, | ) |
| | ) |
| DEFENDANT. | ) |

**<u>ORDER</u>**

This cause is before the court on Defendant Unum Life Insurance Company of America's Amended Motion to Dismiss Counts 1, 2 and 4 of Plaintiff's Second Amendment to Complaint (Doc. # 9) filed on July 12, 2006. In this motion, Defendant Unum Life Insurance Company of America ("Unum") contends that Counts 1 and 2 of the Plaintiff's Second Amendment to Complaint fail to comply with the requirements of Federal Rule of Civil Procedure 9(b). Additionally, Unum contends that Count 4, which sets forth a claim for conversion, is insufficient as a matter of law and should be dismissed.

In response, Plaintiff Mary Faye King ("King") has voluntarily abandoned her asserted conversion claim and has stated that she does not oppose granting Unum's motion with respect to her conversion claim. *See* Doc. # 11 at pp. 1-2. With respect to her claims of fraud (Count 1) and suppression (Count 2), King asks the court for leave to file a further amendment in which she will bring her allegations into compliance with Federal Rule of Civil Procedure 9(b).

The court has carefully considered the parties' submissions in support of and in response to Defendant Unum Life Insurance Company of America's Amended Motion to Dismiss Counts 1, 2 and 4 of Plaintiff's Second Amendment to Complaint (Doc. # 9). It is hereby ORDERED as follows:

1. Defendant Unum Life Insurance Company of America's Amended Motion to Dismiss Counts 1, 2 and 4 of Plaintiff's Second Amendment to Complaint (Doc. # 9) is GRANTED to the extent that it seeks dismissal of Count 4 (conversion) of Plaintiff's Second Amendment to Complaint and Count 4 of Plaintiff's Second Amendment to Complaint is DISMISSED with prejudice.

2. Because the allegations of Plaintiff's Second Amendment to Complaint fail to allege fraud with the requisite specificity to satisfy the requirements of Federal Rule of Civil Procedure 9(b) as interpreted by the Eleventh Circuit Court of Appeals, Defendant Unum Life Insurance Company of America's Amended Motion to Dismiss Counts 1, 2 and 4 of Plaintiff's Second Amendment to Complaint (Doc. # 9) is GRANTED to the extent that it seeks dismissal of Counts 1 (fraud) and 2 (suppression) and Counts 1 (fraud) and 2 (suppression) are DISMISSED without prejudice.

3. To the extent that King seeks leave to file an amended complaint, her request is GRANTED. Any amendment to the complaint must be filed no later than **August 18, 2006** and must conform to the Rule 15.1 of the Local Rules for the United States District Court for the Middle District of Alabama which provides that "[a]ny amendment to a pleading, whether

filed as a matter of course or upon a motion to amend, must, except by leave of court, reproduce the entire pleading as amended, and may not incorporate any prior pleading by reference."

DONE this the 2nd day of August, 2006.

/s/ Mark E. Fuller<br>CHIEF UNITED STATES DISTRICT JUDGE