IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CIVIL ACTION NO.: 2:06-cv-495-MEF

| | |
|---|---|
| MARY FAYE KING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) |
| | ) |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, et al., | ) |
| | ) |
| Defendant(s). | ) |

## PLAINTIFF'S NOTICE OF COMPLIANCE

Comes now the plaintiff, MARY FAYE KING, by and through her attorney of record and files her Notice of Compliance with the Parties Planning Meeting and states as follows:

1. A parties planning meeting was held and an parties planning report was entered on July 11, 2006.

2. In compliance with the deadline set out in the parties planning report, Plaintiff has provided her Rule 26.1(a)(1) Initial Disclosures by United States Mail, first class postage pre-paid to defendants.

Respectfully submitted,

**S/Jeffrey C. Kirby**
Of Counsel for Plaintiff
Bar Number: ASB-7574-I66J
**William T. Johnson**
Of Counsel for Plaintiff
Bar Number: ASB-2310-M69J
Pittman, Dutton, Kirby & Hellums, P.C.
2001 Park Place North
1100 Park Place Tower
Birmingham, Alabama 35203
(205) 322-8880
(205) 328-2711 facsimile
Email:PHDKH-efiling@pittmanhooks.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of August, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Stephen Robert Geisler, sgeisler@sirote.com, jparker@sirote.com; Kaye K. Houser, khouser@sirote.com, ccoker@sirote.com; James Savin Williams, jwilliams@sirote.com; vgurley@sirote.

Respectfully submitted,

**S/Jeffrey C. Kirby**
Of Counsel for Plaintiff
Bar Number: ASB-7574-I66J
**William T. Johnson**
Of Counsel for Plaintiff
Bar Number: ASB-2310-M69J
Pittman, Dutton, Kirby & Hellums, P.C.
2001 Park Place North
1100 Park Place Tower
Birmingham, Alabama 35203

(205) 322-8880  
(205) 328-2711 facsimile  
Email: PHDKH-efiling@pittmanhooks.com