IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARY FAYE KING, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNUM LIFE INSURANCE COMPANY )<br>OF AMERICA, )<br>)<br>Defendant. ) | CASE NO. CV 2:06-495-MEF |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties, by and through their undersigned counsel of record, and hereby stipulate to the dismissal of this action, with prejudice, costs to be taxed as paid.

November 6, 2006

_/s/ William Johnson III_
Jeffrey C. Kirby
David J. Hodge
William T. Johnson, III
Attorneys for Plaintiff

**OF COUNSEL**:
Pittman, Dutton, Kirby & Hellums, P.C.
2001 Park Place North, Suite 1100
Birmingham, AL 35203
Phone: (205) 322-8880
Fax:   (205) 328-2711

November 6, 2006

_/s/ Stephen Geisler_
James S. Williams
Stephen R. Geisler
Attorneys for Defendant Unum Life Insurance Company of America

**OF COUNSEL:**
Sirote & Permutt, P.C.
2311 Highland Avenue South
P. O. Box 55727
Birmingham, AL 35255-5727
Phone: (205) 930-5100
Fax:   (205) 930-5335

DOCSBHM\1436464\1\